No. 90–6459.  HERNANDEZ-AVILA v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 90–609.  REICHHOLD CHEMICALS, INC. v. TEAMSTERS LOCAL UNION NO. 515, AFFILIATED WITH THE INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, ET AL.  C. A. D. C. Cir.  Motions of Capital Associated Industries, Inc., and Carpet & Rug Institute for leave to file briefs as *amici curiae* granted.  Certiorari denied.

No. 90–618.  TOLEDO BLADE CO. v. TOLEDO TYPOGRAPHICAL UNION NO. 63 ET AL.  C. A. D. C. Cir.  Motion of petitioner for leave to intervene in order to file petition for writ of certiorari denied.  Certiorari denied.

No. 90–761.  CHOPIN ASSOCIATES ET AL. v. SMITH, TRUSTEE, BANK OF NEW YORK, ET AL.  C. A. 11th Cir.  Motion of petitioners to defer consideration of petition for writ of certiorari denied.  Certiorari denied.

No. 90–933.  NATIONALIST MOVEMENT v. CITY OF CUMMING ET AL.  C. A. 11th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied.  Certiorari denied.

No. 90–5961.  PLETTEN v. MERIT SYSTEMS PROTECTION BOARD ET AL.  C. A. 6th Cir.  Motion of petitioner to defer consideration of petition for writ of certiorari denied.  Motion of petitioner to strike brief in opposition denied.  Certiorari denied.